# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

## CASE NO.:  6:21-cv-01955

PANORAMIC STOCK IMAGES,
LTD., dba PANORAMIC IMAGES,

       Plaintiff,

v.

FRED LOVE WALLCOVERING CO.
and FRED LOVE,

       Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff PANORAMIC STOCK IMAGES, LTD., dba PANORAMIC

IMAGES by and through its undersigned counsel, brings this Complaint against

Defendants FRED LOVE WALLCOVERING CO. and FRED LOVE for damages

and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.    Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA

PANORAMIC IMAGES ("PSI") brings this action for violations of exclusive

rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute PSI's

original copyrighted Work of authorship.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

2.     PSI has specialized in wide and large-format panoramic photography for over 25 years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural heritage, world destinations and aerials.

3.     Defendant FRED LOVE WALLCOVERING CO. ("FLW") is a company that offers a complete wallcovering package to the commercial contract market.  FLW specializes in offices, hospitals, schools and hotels, both new and refurbishing projects.  At all times relevant herein, FLW owned and operated the internet website located at the URL www.fredlovewallcoverings.com (the "Website").

4.     Defendant Fred Love ("Love") is the owner of FLW and the registrant of the Website.

5.     Defendants FLW and Love are collectively referred to herein as "Defendants."

6.     PSI alleges that Defendants copied PSI's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Florida.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Fred Love Wallcovering Co. is a Florida Corporation, with its principal place of business at 721 Mustang Court, Winter Springs, Florida, 32708, and can be served by serving its Registered Agent, Mr. Fred Love, at the same address.

12. Fred Love is an individual residing in Seminole county, state of Florida and can be served at 721 Mustang Court, Winter Springs, Florida, 32708.

## THE COPYRIGHTED WORK AT ISSUE

13. In 2001, Thomas Salyer created the photograph entitled "73006", which is shown below and referred to herein as the "Work". The rights to that work were subsequently assigned to PSI.



14.     At the time Salyer created the Work, Salyer applied copyright management information to the Work consisting of an icon with a small letter "i" inside of a capital letter "P" in multiple places of the Work.

15.     PSI registered the Work with the Register of Copyrights on April 16, 2001 and was assigned the registration number VAu 519-850.  The Certificate of Registration is attached hereto as Exhibit 1.

16.     PSI's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17.     At all relevant times PSI was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

19.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

20.     On or about September 16, 2020, PSI discovered the unauthorized use of its Work as the header on the pages of the Website, including the homepage.

21.     Defendants copied PSI's copyrighted Work without PSI's permission.

22.     After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their professional wallcovering business.

23.     Defendants copied and distributed PSI's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24.     PSI's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26.     PSI never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27.     PSI notified Defendants of the allegations set forth herein on September 22, 2020 and October 7, 2020.  To date, the parties have failed to resolve this matter.  Copies of the Notices to Defendants are attached hereto as Exhibit 3.

28.     When Defendants copied and displayed the Work at issue in this case,

Defendants removed PSI's copyright management information from the Work.

29.     PSI never gave Defendants permission or authority to remove

copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

30.     PSI incorporates the allegations of paragraphs 1 through 29 of this

Complaint as if fully set forth herein.

31.     PSI owns a valid copyright in the Work at issue in this case.

32.     PSI registered the Work at issue in this case with the Register of

Copyrights pursuant to 17 U.S.C. § 411(a).

33.     Defendants copied, displayed, and distributed the Work at issue in this

case and made derivatives of the Work without PSI's authorization in violation of

17 U.S.C. § 501.

34.     Defendants performed the acts alleged in the course and scope of its

business activities.

35.     Defendants' acts were willful.

36.     PSI has been damaged.

37.     The harm caused to PSI has been irreparable.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

38.     PSI incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

39.     The Work at issue in this case contains copyright management information ("CMI").

40.     Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

41.     Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of PSI's rights in the Work at issue in this action protected under the Copyright Act.

42.     Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of PSI's rights in the Work at issue in this action protected under the Copyright Act.

43.     PSI has been damaged.

44.     The harm caused to PSI has been irreparable.

WHEREFORE, the Plaintiff Panoramic Stock Images, Ltd., dba Panoramic Images prays for judgment against the Defendants Fred Love Wallcovering Co. and Fred Love that:

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: November 18, 2021                Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Panoramic Stock
Images, Ltd., Dba Panoramic Images*